# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDON GOLSON AND HANNA
GOLSON

VERSUS

COMMUNITY STEEL COMPANY,
LLC, GARY NUGENT, AND
LYNELLE JOHNSON

NO. 2026 CW 0714

**JULY 27, 2026**

---

In Re:   Brandon  Golson  and  Hanna  Golson,  applying  for
         supervisory writs, 23rd Judicial District Court, Parish
         of Ascension, No. 145491.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

    **WRIT GRANTED WITH ORDER.**  The district court's June 15, 2026
judgment finding relators, Brandon Golson and Hanna Golson, in
contempt of court and imposing punishment for such contempt is an
appealable judgment. See La. Code Civ. P. art. 1915(A)(6); **Triton
Diving Servs. LLC v. Offshore Marine Serv. Ass'n, Inc.**, 2023-0169
(La. App. 1st Cir. 9/21/23), 372 So.3d 832, 838-39.  Thus, the
writ application is granted for the limited purpose of remanding
this matter to the district court with instructions to grant an
appeal to relators, Brandon Golson and Hanna Golson, pursuant to
their notice of intent to seek supervisory writs.  See **In Re
Howard**, 541 So.2d 195 (La. 1989) (*per curiam*).  Additionally, a
copy of this court's order is to be included in the appellate
record.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT